ETTA COUCH v. NORTH CAROLINA EMPLOYMENT SECURITY COMMIS-
SION, AND KID'S WORLD

No. 212PA88

(Filed 3 November 1988)

APPEAL by defendant North Carolina Employment Security Commission pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 89 N.C. App. 405, 366 S.E. 2d 574 (1988), which vacated and remanded the order of *Hobgood (Robert)*, J., entered 25 June 1987 in Superior Court, ORANGE County, affirming the decision of the Commission to disallow claimant's claim for unemployment compensation where she voluntarily left employment after her employer substantially reduced the number of hours of work. Heard in the Supreme Court 13 October 1988.

*North State Legal Services, Inc., by John L. Saxon, for petitioner-appellee.*

*T. S. Whitaker, Chief Counsel, and C. Coleman Billingsley, Jr., for respondent-appellant North Carolina Employment Security Commission.*

PER CURIAM.

Based solely on the reasoning of the majority opinion of the panel below, the Court of Appeals is

Affirmed.